201603841
reg

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| IN RE: | Case No. 15-40805 |
| GREG N. DIETRICH | Chapter 13 |
| | Judge Alan C. Stout |
| Debtor | |
| | **AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF HOME POINT FINANCIAL CORPORATION (PROPERTY ADDRESS: 202 WILLIAMS DRIVE, GREENVILLE, KY 42345) DOCKET #23** |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") (docket number 23) filed by Home Point Financial Corporation ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date for the Motion; and

The Chapter 13 Plan filed herein on behalf of the Debtor provided that said Debtor were to make regular monthly mortgage payments to Movant outside the Plan in a regular monthly fashion.

The parties have entered into an agreement resolving the Motion, the terms of which are set forth as follows:  The post-petition arrearage due as of August 10, 2016, is $7,675.68, which amount consists of:

Post-Petition Payments:

| Amount | Date Due |
|---|---|
| $874.96 | January 1, 2016 |
| $874.96 | February 1, 2016 |
| $874.96 | March 1, 2016 |
| $874.96 | April 1, 2016 |
| $874.96 | May 1, 2016 |
| $874.96 | June 1, 2016 |
| $874.96 | July 1, 2016 |
| $874.96 | August 1, 2016 |

and $500.00 for attorney fees associated with the Motion and $176.00 court costs incurred herein for filing the Motion.

In order to partially cure the post-petition arrearage, Movant is permitted to file a Supplemental Proof of Claim in the amount of $7,675.68, which consists of $500.00 for attorney fees associated with the Motion and $176.00 for court costs incurred herein for filing the Motion and said post-petition arrears of $6,999.68.

**IT IS THEREFORE, ORDERED:**

1. The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter l3 plan beginning with a payment due September 1, 2016. Failure by the Debtor to make any payment within 15 days of the date due shall constitute a default. All payments shall be tendered to:

**Cenlar FSB**
**425 Phillips Boulevard**
**Ewing, NJ 08618**

This payment address is subject to change.

2. Upon the existence of a default, Movant's counsel shall send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file a Notice of Default without further order from this Court.

3. If the default is not cured within that 10-day period, then upon the filing of a

Notice of Default the automatic stay shall be terminated in all respects as against Movant its successors and assigns without further hearing or order from this Court and by agreement of the parties hereto. The only ground for objection to such a Notice shall be that payments are timely made.

4. Debtors' counsel, Mark R. Little, is hereby awarded the sum of $150.00 in attorney fees for their services rendered in connection with this Motion to be paid through the Chapter 13 Plan.

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: August 16, 2016

SUBMITTED BY: APPROVED BY:

/s/ Kerri N. Bruckner
Kerri N. Bruckner, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 89223
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3277
(513) 354-6464 fax
wkybk@lsrlaw.com
Attorneys for Movant

/s/ Mark R. Little_____
Mark R. Little, Debtor's Counsel
44 Union Street
Madisonville, KY 42431
(270) 821-0110
Fax : 270-821-9901
mark@littlelawky.com

COPIES TO:

Kerri N. Bruckner - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45202-4007
wkybk@lsrlaw.com
VIA ELECTRONIC SERVICE

William W. Lawrence - Trustee
310 Republic Plaza
200 South Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
512 Gene Snyder Courthouse
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Mark R. Little, Esq., Attorney for Debtor
44 Union Street
Madisonville, KY 42431
VIA ELECTRONIC SERVICE

Greg N. Dietrich
PO Box 150
Madisonville, KY 42431
VIA REGULAR U.S. MAIL, POSTAGE PRE-PAID